IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY PAUL KARR,

    Petitioner,

v.                                            CASE NO. 5:11-cv-347-MP-GRJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner, an inmate in federal custody proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1.)  Petitioner did not, however, file a motion for leave to proceed *in forma pauperis* or pay the filing fee.  Review of Petitioner's petition, therefore, will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in forma pauperis* is submitted.  Petitioner also failed to file two identical service copies of his petition.

Accordingly, it is **ORDERED:**

1.  The **Clerk of Court** shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2.  Petitioner shall have until **November 16, 2011** to file two identical service copies of the petition and either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee.

3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** this 2nd day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge