## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

GARY P. KARR

      VS                                       CASE NO.  5:11-CV-347-MP-GRJ

UNITED STATES OF AMERICA

### FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: __ Fine, __ Restitution, _X_ Filing Fee, __ Attorney Admission Fee, __ Copy Fee, __ Bond, __ Other (Specify) _____

By: _____Gary Paul Karr #25782-039_____ (Payee)
Address: FCI Marianna
         PO Box 7007
         Marianna, FL 32447

Receipt Numbers _5-4863 & 5-4864_     Date of Receipts _11/14/11_

Motion: N/A

Explanation: On November 14, 2011, the Clerk's Office received two $5.00 habeas filing fee (see docket entries 4 & 5) for Petitioner, Gary Karr.  According to the court dockets and financial records, Mr. Karr does not owe any additional money.  Requesting authorization to refund $5.00 to the Petitioner's BOP account.

JESSICA J. LYUBLANOVITS, Clerk of Court

Prepared by: ____s/Philip Detweiler____
                Philip Detweiler, Financial Specialist         Date:  November 17, 2011

### ORDER OF COURT

It is ORDERED this _15th_ day of _November_, 2011, that the Clerk refund the identified funds to the payee.

APPROVED____✔_____
DENIED_____                  _s/Gary R. Jones_____
                                                      GARY R. JONES
                                                      UNITED STATES MAGISTRATE JUDGE

Adopted: 12/03/99